**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| MARTIN HAROLD | : | No. 192 WAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| ABATE IRWIN, INC. (WORKERS' | : | |
| COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: MARTIN HAROLD | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 3rd day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.